U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-00007 |
| | ) | |
| DANIEL D. MONTE | ) | |

### ORDER

AND NOW, upon consideration of the Unopposed Motion for Additional Jurisdictional Exception of Defendant Daniel D. Monte, and all related submissions and arguments of the parties in the above-caption proceedings, it is hereby ORDERED that Defendant Monte is hereby permitted to travel to West Virginia on March 10 and 11, 2006.

_____
United States District Judge

3/8/06

00692323.DOC