IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-7 |
| | ) | |
| THOMAS J. COUSAR, ET AL., | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 30 <sup>th</sup> day of November, 2007, IT IS HEREBY ORDERED that, for the reasons articulated at the telephone status conference of November 28, 2007, jury selection and trial in the instant case, currently scheduled for December 3, 2007, will now begin before the undersigned on Wednesday, February 13, 2008 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from the date of this order to the date of trial shall be excluded in computing the time within which the trial of the above-captioned action must commence, because the court concludes that the ends of justice served by granting this extension of time outweigh the interests of the public and defendants in a speedy trial.

BY THE COURT:

_____, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   All Counsel of Record

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation