U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-00007 |
| | ) | |
| DANIEL D. MONTE | ) | |

## **ORDER**

AND NOW, this 9th day of July, 2008, upon consideration of the Motion to Join in the Motion to Extend the Deadline for Filing Defendant's Position With Respect to Sentencing Factors and to Postpone Sentencing of Defendant Daniel D. Monte, and all related submissions and arguments in the above-captioned proceeding, it is hereby ordered that the motion is GRANTED.

*[signature]*
United States District Judge

00907982.DOC